Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

Equal Employment Opportunity Commission,
       Plaintiff,
  v.

Frontier Hot-Dip Galvanizing, Inc.,    **JUDGMENT IN A CIVIL CASE**
       Defendant,            CASE NUMBER: 16-cv-691
  v.

Coastal Staffing Services of New York,
       Third Party Defendant.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Coastal Staffing's motion for judgment on the pleadings (Dkt. No. 20), be granted. Judgment entered for Coastal Staffing Services of New York.

Date: May 23, 2019     MARY C. LOEWENGUTH
                                CLERK OF COURT

                                By: Elizabeth Burger
                                Deputy Clerk